District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZERIHUN BELACHEW GEBEYEHU,

    Plaintiff,

v.

UR M. JADDOU, *et al.*,

    Defendants.

No. 2:23-cv-1033-RSM

STIPULATED MOTION FOR ENTRY OF ORDER ESTABLISHING SUMMARY JUDGMENT BRIEFING SCHEDULE AND ORDER

Noted for Consideration:
October 25, 2023

    The parties hereby stipulate to, and move for entry of, an order establishing a briefing schedule for cross-motions for summary judgment. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and the Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate his Form I-589, Application for Asylum and for Withholding of Removal. Defendants answered the Complaint on September 25, 2023. The parties request that the Court enter the following summary judgment briefing schedule:

//

//

//

//

STIPULATED MOTION - 1
(23-cv-1033-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Action | Deadline |
|---|---|
| Defendants provide Plaintiff with agency records | Nov. 3, 2023 |
| Defendants Motion for Summary Judgment | Dec. 1, 2023 |
| Plaintiff's Opposition to Defendants' Motion and Cross-Motion for Summary Judgment | January 5, 2023 |
| Defendants' Opposition to Plaintiff's Cross-Motion and Reply in support of Defendants' Motion | January 22, 2023 |
| Plaintiff's Reply in support of Cross-Motion for Summary Judgment | January 26, 2023 |

Dated: October 24, 2023

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

 *s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  206-428-3824
Email:  michelle.lambert@usdoj.gov
*Attorneys for Defendants*

*s/ Minda A Thorward*
MINDA A. THORWARD WSBA#47594
Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, Washington 98104-1003
Phone: 206-682-1080

STIPULATED MOTION - 2
(23-cv-1033-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Email: minda.thorward@ghp-law.net
*Attorneys for Plaintiff*

STIPULATED MOTION - 3
(23-cv-1033-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

The parties shall file their cross-motions for summary judgment pursuant to the following schedule:

| Action | Deadline |
|---|---|
| Defendants provide Plaintiff with agency records | Nov. 3, 2023 |
| Defendants Motion for Summary Judgment | Dec. 1, 2023 |
| Plaintiff's Opposition to Defendants' Motion and Cross-Motion for Summary Judgment | January 5, 2024 |
| Defendants' Opposition to Plaintiff's Cross-Motion and Reply in support of Defendants' Motion | January 22, 2024 |
| Plaintiff's Reply in support of Cross-Motion for Summary Judgment | January 26, 2024 |

It is so **ORDERED**.

DATED this 30th day of October, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION - 4
(23-cv-1033-RSM)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970