District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZERIHUN BELACHEW GEBEYEHU,

Plaintiff,

v.

UR M. JADDOU, *et al.*,

Defendants.

No. 2:23-cv-1033-RSM

STIPULATED MOTION TO AMEND
SUMMARY JUDGMENT BRIEFING
SCHEDULE AND ORDER

Noted for Consideration:
January 3, 2024

Pursuant to stipulation, this Court ordered a briefing schedule for the parties' cross-motions

for summary judgment.  Dkt. No. 6.  Defendants filed their summary judgment motion on

November 30, 2023.  Dkt. No. 7.  Plaintiff's counsel requires additional time to file Plaintiff's

cross-motion and response to Defendants' motion due to illness.  Accordingly, the parties stipulate

to, and move this Court to amend the current briefing schedule to the following:

//

//

//

//

//

STIPULATED MOTION                           - 1
 (23-cv-1033-RSM)

| Action | Initial Deadline | Extended Deadline |
|---|---|---|
| Plaintiff's Opposition to Defendants' Motion and Cross-Motion for Summary Judgment | January 5, 2024 | February 2, 2024 |
| Defendants' Opposition to Plaintiff's Cross-Motion and Reply in support of Defendants' Motion | January 22, 2024 | March 1, 2024 |
| Plaintiff's Reply in support of Cross-Motion for Summary Judgment | January 26, 2024 | March 15, 2024 |

Dated:  January 3, 2024

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

 s/Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  206-428-3824
Email:  michelle.lambert@usdoj.gov
*Attorneys for Defendants*

s/ Minda A Thorward
MINDA A. THORWARD WSBA#47594
Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, Washington 98104-1003
Phone: 206-682-1080
Email:  minda.thorward@ghp-law.net
*Attorneys for Plaintiff*

STIPULATED MOTION
 (23-cv-1033-RSM)

- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

This Court's order setting the parties' briefing schedule is hereby amended.  Dkt. No. 6. The parties shall file their cross-motions for summary judgment pursuant to the following schedule:

| Action | Deadline |
|---|---|
| Plaintiff's Opposition to Defendants' Motion and Cross-Motion for Summary Judgment | February 2, 2024 |
| Defendants' Opposition to Plaintiff's Cross-Motion and Reply in support of Defendants' Motion | March 1, 2024 |
| Plaintiff's Reply in support of Cross-Motion for Summary Judgment | March 15, 2024 |

It is so **ORDERED**.

DATED this 4th day of January, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE