District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZERIHUN BELACHEW GEBEYEHU,

                    Plaintiff,

v.

UR M. JADDOU, *et al.*,

                    Defendants.

No. 2:23-cv-1033-RSM

STIPULATED MOTION TO AMEND SUMMARY JUDGMENT BRIEFING SCHEDULE AND ORDER

Noted for Consideration:
February 27, 2024

      Pursuant to stipulation, this Court ordered a briefing schedule for the parties' cross-motions for summary judgment. Dkt. No. 6. Defendants filed their summary judgment motion on November 30, 2023. Dkt. No. 7. The Court granted the parties' stipulated motion extending Plaintiff's time to file a cross-motion and response to Defendants' motion. Dkt. No. 11. Plaintiff filed the cross-motion for summary judgment on February 2, 2024. Dkt. No. 12. Defendants' counsel needs additional time to coordinate with the agency. For good cause, the parties agree to a one-week extension of the remaining briefing schedule. Accordingly, the parties stipulate to, and move this Court to amend the current briefing schedule to the following:

//

//

STIPULATED MOTION - 1
23-cv-1033-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Action | Initial Deadline | Extended Deadline |
|---|---|---|
| Defendants' Opposition to Plaintiff's Cross-Motion and Reply in support of Defendants' Motion | March 1, 2024 | March 8, 2024 |
| Plaintiff's Reply in support of Cross-Motion for Summary Judgment | March 15, 2024 | March 22, 2024 |

Dated: February 27, 2024

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

 s/Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

***I certify that this memorandum contains 151 words, in compliance with the Local Civil Rules.***

*s/ Minda A Thorward*
MINDA A. THORWARD WSBA#47594
Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, Washington 98104-1003
Phone: 206-682-1080
Email: minda.thorward@ghp-law.net
*Attorneys for Plaintiff*

STIPULATED MOTION
23-cv-1033-RSM
- 2 -
UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

This Court's order setting the parties' briefing schedule is hereby amended. Dkt. No. 11. The parties shall file their cross-motions for summary judgment pursuant to the following schedule:

| **Action** | **Deadline** |
|---|---|
| Defendants' Opposition to Plaintiff's Cross-Motion and Reply in support of Defendants' Motion | March 8, 2024 |
| Plaintiff's Reply in support of Cross-Motion for Summary Judgment | March 22, 2024 |

It is so **ORDERED**.

DATED this 1st day of March, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION - 3
23-cv-1033-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970